UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:05-CR-106 |
| | ) | (PHILLIPS/GUYTON) |
| SHAWNTA A. BRABSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the district court as may be appropriate. This case is before the Court on the following motions filed by the defendant:

(1) Motion for All Agents, Officers and Employees to Disclose and Provide Evidence in Their Possession, Custody or Control to the Prosecuting Attorney [Doc. 16];

(2) Motion to Preserve Evidence and for Independent Testing [Doc. 19];

(3) Motion for Leave to File Additional Motions [Doc. 24];

(4) Defendant's Request for Notice by the United States Pursuant to Fed. R. Crim. Pro. 12(b)(4)(B) of its Intention to Use Evidence [Doc. 31];

(5) Motion to Suppress Evidence [Doc. 33]; and

(6) Motion to Suppress Defendant's Statements [Doc. 35].

The defendant entered a guilty plea before United States District Judge Thomas W. Phillips on December 12, 2005. [See Doc. 42]. Accordingly, the defendant's pending motions [**Docs. 16, 19, 24, 31, 33,** and **35**] are **DENIED as moot**.

**IT IS SO ORDERED.**

ENTER:

　　　s/ H. Bruce Guyton　　　
United States Magistrate Judge